# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAVID RICHARD DICKS, SR.,**

      **Plaintiff,**

v.                                        **Case No: 6:24-cv-304-PGB-EJK**

**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, MERRICK BANK and CITIBANK, N.A.,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal as to Defendant Merrick Bank, filed March 20, 2024. (Doc. 46). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Merrick Bank are **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Merrick Bank only as a party.

**DONE AND ORDERED** in Orlando, Florida on March 20, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties