**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DAVID RICHARD DICKS, SR.,**

**Plaintiff,**

**-v-**

**EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION, LLC, MERRICK
BANK, and CITIBANK, N.A.,**

**Defendants.**

**Civil Case Number: 6:24-cv-00304-PGB-EJK**

## NOTICE OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC. only** in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action as to **EXPERIAN INFORMATION SOLUTIONS, INC**.

Dated:        May 20, 2024

/s/ Joseph Howard Kanee
Joseph Howard Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*