UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID RICHARD DICKS, SR.,**

    **Plaintiff,**

v.                                               Case No: 6:24-cv-304-PGB-EJK

**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and CITIBANK, N.A.,**

    **Defendants.**
_____/

## ORDER

    This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal as to Defendant Experian Information Solutions, Inc., filed May 20, 2024. (Doc. 63). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Experian Information Solutions, Inc., are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendant Experian Information Solutions, Inc., only as a party.

    **DONE AND ORDERED** in Orlando, Florida on May 22, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties