IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **DAVID RICHARD DICKS, SR.,**<br><br>　　　　　**Plaintiff,**<br><br>　　-v-<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, MERRICK BANK, and CITIBANK, N.A.,**<br><br>　　　　　**Defendants.** | **Civil Case Number: 6:24-cv-00304-PGB-EJK** |

### NOTICE OF SETTLEMENT AS TO TRANS UNION, LLC

The undersigned counsel for Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant **TRANS UNION, LLC only** in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation of Dismissal with prejudice and without attorneys' fees or costs. It is respectfully requested that the matter against Trans Union be stayed for sixty (60) days to allow the parties to finalize settlement details.

Dated:　　　May 28, 2024

/s/ Joseph Kanee
Joseph Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*