UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID RICHARD DICKS, SR.,**

      **Plaintiff,**

v.                                        Case No: 6:24-cv-304-PGB-EJK

**EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC and CITIBANK, N.A.,**

      **Defendants.**
_____/

**ORDER**

    This cause is before the Court on Plaintiff's Stipulation of Dismissal as to Defendants Equifax Information Services, LLC and Trans Union, LLC, filed July 18, 2024. (Doc. 67). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Equifax Information Services, LLC and Trans Union, LLC are **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to terminate Defendants Equifax Information Services, LLC and Trans Union, LLC only as parties.

    **DONE AND ORDERED** in Orlando, Florida on July 19, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties