UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DAVID RICHARD DICKS, SR.,**

      **Plaintiff,**

v.                                                                **Case No: 6:24-cv-304-PGB-EJK**

**CITIBANK, N.A.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Citibank, N.A., filed August 8, 2024. (Doc. 72). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Citibank, N.A., are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 9, 2024.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record